UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN S. OLAUSEN,<br><br>          Plaintiff,<br>  vs.<br><br>GENE YUP,<br><br>          Defendant. | 3:15-cv-00539-MMD-WGC<br><br>**MINUTES OF THE COURT**<br><br>September 20, 2016 |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is Plaintiff's Motion for a Scheduling Order (ECF No. 13). Defendant has opposed the motion (ECF No. 14).

     Plaintiff requests that a Scheduling Order be issued setting the course of the proceedings and allowing Plaintiff to conduct discovery.  Defendant Dr. Yup has yet to answer or otherwise respond to Plaintiff's civil rights complaint (ECF No. 4).  In the Court's Order of August 4, 2016 (ECF No. 11), Defendant was given sixty (60) days from that date to file an answer or otherwise respond to Plaintiff's complaint (ECF No. 11).  Defendant Yup's response to Plaintiff's complaint is not due until October 3, 2016.  The Court will not enter a Scheduling Order at this time as Plaintiff's request for discovery is premature.

     Plaintiff's Motion for a Scheduling Order (ECF No. 13) is **DENIED**.

     **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                    By:  /s/
                                                           Deputy Clerk