## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN S. OLAUSEN, | 3:15-cv-00539-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| GENE YUP, | May 5, 2017 |
| Defendant. | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Stay (ECF No. 51). Plaintiff requests the court to (1) grant Plaintiff time to consult with his approved inmate legal assistant in order to prepare a response to Defendant's Motion for Summary Judgment; and (2) grant Plaintiff time for the Clerk's Office to provide copies of documents pursuant to the court's order (ECF No. 25) and Plaintiff's notice (ECF No. 28).

Although Plaintiff's Motion to Stay (ECF No. 51) is **DENIED**, **IT IS ORDERED** that the Clerk's Office shall send Plaintiff copies of the Screening Order (ECF No. 3), Complaint (ECF No. 4), Status Report (ECF No. 9), Defendant's Answer (ECF No. 16), and Scheduling Order (ECF No. 17).

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **June 5, 2017**, in which to file his response to Defendant's Motion for Summary Judgment (ECF No. 44). **There shall be no further extensions granted.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk